Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br> v. )<br>)<br>RAMON GONSALEZ-REYES and )<br>ERNESTO CASTILLO-ROJAS, )<br>  a/k/a Teodulpho Castillo-Rojas, )<br>)<br>      Defendants. )<br>_____) | NO.  CR05-329JLR<br><br>ORDER GRANTING JOINT MOTION<br>TO CONTINUE PRETRIAL MOTIONS<br>DEADLINE AND TRIAL DATE |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the pretrial motions deadline and the trial date in this cause, and the Court having reviewed the motion and the balance of the records and files herein, the Court now finds and rules as follows:

On August 25, 2005, defendants Ramon Gonsalez-Reyes and Ernesto Castillo-Rojas, a/k/a Teodulpho Castillo-Rojas, were charged by Complaint with distribution of 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); distribution of five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and possession of five hundred grams or more of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).  On September 7, 2005, the defendants were indicted on the same charges. They appeared before Magistrate Judge Mary Alice Theiler on September 8, 2005, for

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE AND TRIAL DATE/GONSALEZ-REYES/CASTILLO-ROJAS -- 1
(GONSALEZ-REYES.CONT.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

arraignment. Pretrial motions were due on September 29, 2005, and trial was scheduled to begin on November 15, 2005. Both defendants have been ordered detained pending trial.

On October 4, 2005, the Court granted the defendants' unopposed motions to continue the deadline for filing pretrial motions from September 29, 2005, to October 13, 2005.

On October 7, 2005, Assistant United States Attorney Leonie G.H. Grant filed a Notice of Substitution and Appearance of Counsel in the above-referenced matter. AUSA Grant was assigned responsibility for this matter as a result of Assistant United States Attorney Ilene Miller's departure from the United States Attorney's Office. Counsel have agreed that there is insufficient time before the present pretrial motions due date for Government counsel to familiarize herself with the case file and schedule a mutually convenient time for a discovery conference. Therefore, the parties have agreed that a discovery conference will be held during the first part of the week of October 17, 2005. Because defense counsel will need additional time subsequent to the discovery conference to complete pretrial motions, the parties have further agreed that the pretrial motions deadline should be continued to Thursday, October 27, 2005, with the Government's responses to all pretrial motions due on or before Thursday, November 10, 2005. Finally, the parties have agreed that the trial date should be continued in order to ensure all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. No previous requests to continue the trial date have been filed in this proceeding.

It appearing to the Court that the failure to grant the requested continuance of the pretrial motions filing deadline and the trial date would effectively deny all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it further appearing to the Court that the ends of justice served by

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE AND TRIAL DATE/GONSALEZ-REYES/CASTILLO-ROJAS -- 2
(GONSALEZ-REYES.CONT.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 granting the requested continuance outweigh the interest of the public and the defendants
2 in a speedy trial,
3     IT IS HEREBY ORDERED that the joint motion of the parties to continue the
4 pretrial motions deadline and the trial date is GRANTED.
5     IT IS FURTHER ORDERED that pretrial motions shall be filed on or before
6 Thursday, October 27, 2005, and the Government's responses to all pretrial motions shall
7 be due on or before Thursday, November 10, 2005.
8     IT IS FURTHER ORDERED that the trial date shall be continued from Tuesday,
9 November 15, 2005, to Tuesday, December 13, 2005.
10 ////
11 ////
12 ////

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE AND TRIAL DATE/GONSALEZ-REYES/CASTILLO-ROJAS -- 3
(GONSALEZ-REYES.CONT.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     IT IS FURTHER ORDERED that the period of delay from November 15, 2005,

2 until December 13, 2005, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for

3 the purpose of computing the time limitations imposed by the Speedy Trial Act, 18

4 U.S.C.

5 §§ 3161-3174.

6     DATED this 17th of December, 2005.

 

                                   /s/ James L. Robart
                                   JAMES L. ROBART
                                   United States District Judge

Presented by:

s/ LEONIE G.H. GRANT
LEONIE G.H. GRANT
Assistant United States Attorney
WSBA #12670
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:   206-553-7970
Fax No.:     206-553-0755
E-Mail:      Lee.Grant@usdoj.gov


s/ MATTHEW T. HALE per authorization     s/ ROBERT M. LEEN per authorization
Matthew T. Hale                                   Robert M. Leen
Attorney for Defendant Ramon                 Attorney for Defendant Ernesto
Gonsalez-Reyes                                    Castillo-Rojas,
WSBA # 28041                                     a/k/a Teodulpho Castillo-Rojas
506 Second Avenue, Suite 1010                 WSBA # 14208
Seattle, Washington  98104                       600 University Street, Suite 3310
Telephone:   (206) 622-9972                    Seattle, Washington   98101-4172
Fax:         (206) 622-9973                    Telephone:   (206) 748-7818
E-mail:      halelaw@qwest.net                  Fax:         (206) 748-7821
                                                           E-mail:      bob@leenlaw.com

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL MOTIONS
DEADLINE AND TRIAL DATE/GONSALEZ-REYES/CASTILLO-ROJAS -- 4
(GONSALEZ-REYES.CONT.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970