Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RAMON GONSALEZ-REYES and<br>ERNESTO CASTILLO-ROJAS,<br>    a/k/a Teodulpho Castillo-Rojas,<br><br>                Defendants. | NO. CR05-329JLR<br><br>ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE AND TO RESCHEDULE PRETRIAL MOTIONS |

THIS MATTER having come before the Court on the joint motion of the parties for an order continuing the trial date in this cause and rescheduling pretrial motions, and the Court having reviewed the motion and the balance of the records and files herein, the Court now finds and rules as follows:

On August 25, 2005, defendants Ramon Gonsalez-Reyes and Ernesto Castillo-Rojas, a/k/a Teodulpho Castillo-Rojas, were charged by Complaint with distribution of 500 grams or more of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); distribution of five grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and possession of five hundred grams or more of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). On September 7, 2005, the defendants were indicted on the same charges. They appeared before Magistrate Judge Mary Alice Theiler on September 8, 2005, for

ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE
AND TO RESCHEDULE PRETRIAL MOTIONS/GONSALEZ-REYES/CASTILLO-ROJAS - 1
(GONSALEZ-REYES.CONT2.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

arraignment. Pretrial motions were due on September 29, 2005, and trial was scheduled to begin on November 15, 2005. Both defendants have been ordered detained pending trial.

On October 4, 2005, the Court granted the defendants' unopposed motions to continue the deadline for filing pretrial motions from September 29, 2005, to October 13, 2005.

On October 17, 2005, subsequent to the appearance of new counsel for the United States, the Court granted the joint motion of the parties to continue the trial date to December 13, 2005. Since that date, the parties have engaged in a discovery conference and supplemental discovery materials have been produced to defense counsel by the United States. In addition, critical laboratory results were received by the United States only recently. Accordingly, counsel have agreed that additional time is required to evaluate the discovery materials. In addition, counsel for defendant Ramon Gonsalez-Reyes has a scheduling conflict with the December 13, 2005, trial date. The parties have agreed that the trial date should be continued in order to ensure all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and to ensure the continuity of defense counsel for defendant Gonsalez-Reyes.

It appearing to the Court that the failure to grant the requested continuance would effectively deny all counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and further deny defendant Gonsalez-Reyes continuity of counsel, and it further appearing to the Court that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendants in a speedy trial,

IT IS HEREBY ORDERED that the joint motion of the parties to continue the trial date is GRANTED.

IT IS FURTHER ORDERED that the Government's response to the pending suppression motion filed on behalf of defendant Ernesto Castillo-Rojas, a/k/a Teodulpho

ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE
AND TO RESCHEDULE PRETRIAL MOTIONS/GONSALEZ-REYES/CASTILLO-ROJAS - 2
(GONSALEZ-REYES.CONT2.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Castillo-Rojas shall be due on or before January 19, 2006.  The motion shall be renoted on the Court's motion calendar for January 20, 2006.

IT IS FURTHER ORDERED that the trial date shall be continued from Tuesday, December 13, 2005, to Tuesday, February 21, 2006.

////

////

////

ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE
AND TO RESCHEDULE PRETRIAL MOTIONS/GONSALEZ-REYES/CASTILLO-ROJAS - 3
(GONSALEZ-REYES.CONT2.ORD)
CR05-329JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

IT IS FURTHER ORDERED that the period of delay from until December 15, 2005, to February 21, 2006, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

DATED this 21st of November, 2005.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/ LEONIE G.H. GRANT
LEONIE G.H. GRANT
Assistant United States Attorney
WSBA #12670
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:   206-553-7970
Fax No.:     206-553-0755
E-Mail:      Lee.Grant@usdoj.gov

s/ MATTHEW T. HALE per authorization
Matthew T. Hale
Attorney for Defendant Ramon Gonsalez-Reyes
WSBA # 28041
506 Second Avenue, Suite 1010
Seattle, Washington  98104
Telephone:   (206) 622-9972
Fax:         (206) 622-9973
E-mail:      halelaw@qwest.net

s/ ROBERT M. LEEN per authorization
Robert M. Leen
Attorney for Defendant Ernesto Castillo-Rojas, a/k/a Teodulpho Castillo-Rojas
WSBA #14208
600 University Street, Suite 3310
Seattle, Washington  98101-4172
Telephone:  (206) 748-7818
Fax:        (206) 748-7821
E-mail:     bob@leenlaw.com

ORDER GRANTING SECOND JOINT MOTION TO CONTINUE TRIAL DATE
AND TO RESCHEDULE PRETRIAL MOTIONS/GONSALEZ-REYES/CASTILLO-ROJAS - 4
(GONSALEZ-REYES.CONT2.ORD)
CR05-329JLR